IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Case No. 4:26-cv-00204

LUO LIU,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendant.

### PLAINTIFF'S MOTION TO FILE UNDER SEAL

Plaintiff Luo Liu ("Plaintiff"), by and through its undersigned counsel, respectfully moves for an order allowing Plaintiff to file under seal Exhibit A and Schedule A to Plaintiff's Complaint, which identifies the design patents owned by Plaintiff and the Defendants to the above-styled action, and in support thereof respectfully refers to the Court the following Memorandum of Law.

### MEMORANDUM OF LAW

Good cause exists for the requested order. Defendants are engaging in the promotion, advertisement, distribution, offering for sale, and sale of goods bearing Plaintiff's copyright within this district without authorization through various internet-based e-commerce stores. Defendants' counterfeit activities are causing irreparable injury to Plaintiff and causing overall degradation of the reputation associated with Plaintiff's copyright. Accordingly, Plaintiff is seeking *ex parte* relief in this action.

Temporarily sealing these portions of the file is necessary to prevent Defendants from learning of these proceedings prior to the execution of a temporary restraining order. If Defendants

were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with the Court's power to grant relief. See Dell v. BelgiumDomains, LLC, Case No. 07-22674, 2007 U.S. Dist. LEXIS 98676, at *19 (S.D. Fla. Nov. 21, 2007) (granting motion to seal where the defendants, who operate their counterfeiting business electronically, "will likely destroy evidence or move it out of the jurisdiction" if provided with advance notice of the plaintiff's filings.) once a temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal this document.

As Defendants engage in illegal copyright infringement, Plaintiff has no reason to believe Defendants will make their assets available for or will adhere to the authority of this Court any more than they have adhered to federal copyright laws.

WHEREFORE, Plaintiff respectfully requests that Schedule A to Plaintiff's Complaint remain under seal until the Court has the opportunity to rule on Plaintiff's request for temporary *ex parte* relief and, if granted, the relief ordered therein has been effectuated. At that time, all pleadings and orders will be made available to Defendants.

Dated: January 15, 2026.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com


By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.