UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUO LIU, | § | CIVIL ACTION NUMBER |
| | § | 4:26-cv-00204 |
| Plaintiff, | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| versus | § | |
| | § | |
| | § | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | § | |
| | | |
| Defendant. | | |

### ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion to File Under Seal. The Plaintiff requests that Schedule A to Plaintiff's Complaint be filed under seal until the Court has the opportunity to rule on Plaintiff's request for temporary *ex parte* relief and, if granted, the relief ordered therein has been effectuated. Having reviewed Plaintiff's Motion and the record, the Court hereby:

1

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**. Schedule A to Plaintiff's Complaint shall be filed under seal and shall remain under seal until further order from this Court. This Order shall not be filed under seal.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge