IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Case No. 4:26-cv-00204

LUO LIU,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

**PLAINTIFF'S CERTIFICATE OF INTERESTED
PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Luo Liu ("Plaintiff") hereby provides the following information:

1. **For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:** There is no parent corporation or publicly held corporation that owns 10% or more of Plaintiff's stock.

2. **A complete list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:**

  A. Luo Liu

  B. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations identified in Schedule A

  C. Copycat Legal PLLC

  D. Daniel DeSouza, Esq.

Dated: January 16, 2026.    COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
       Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.